

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN RE: VICTORIA GONZALEZ, | § | No. 08-23-00053-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| | § | |

# **O R D E R**

Pending before the Court is Relator's motion for emergency stay. The motion to stay is GRANTED. Accordingly, the trial court is ordered to stay all proceedings in cause number 19,353, styled *In the Interest of L. L. L., a Child*, pending resolution of this mandamus action or further order of this Court.

IT IS SO ORDERED this 7th day of February, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.